1  ALEXANDER & ASSOCIATES, PLC
   WILLIAM L. ALEXANDER # 126607
2  2020 Eye Street, Suite 201
   Bakersfield, California 93301
3  Telephone: (661) 316-7888
   Facsimile: (661) 316-7890
4
   Attorney for Plaintiffs
5  SIMON GILL and WILLIAM HATCHER

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RICHARD M. SEGAL # 156975
7  DAWN M. BRADBERRY # 204893
   101 W. Broadway, Suite 1800
8  San Diego, CA 92101-8219
   Telephone: (619) 234-5000
9  Facsimile: (619) 236-1995

10 Attorneys for Defendants and Counterclaimants
   CHEVRONTEXACO CORPORATION and
11 TEXACO INC.

12                UNITED STATES DISTRICT COURT

13                EASTERN DISTRICT OF CALIFORNIA

14                        FRESNO DIVISION

15 
   SIMON GILL and WILLIAM HATCHER,   ) Consolidated Case No. 1:05-cv-00272-
16                                   ) OWW-LJO
                   Plaintiffs,       )
17                                   ) STIPULATED REQUEST AND
        v.                           ) ORDER FOR DISMISSAL WITH
18                                   ) PREJUDICE
   CHEVRONTEXACO CORPORATION, a      )
19 Delaware corporation, TEXACO, INC., a )
   Delaware corporation, and DOES 1 - 10, ) Courtroom: 2 (5th Floor)
20 inclusive,                        ) Judge:    Hon. Oliver W. Wanger
                                     )
21                 Defendants.       )
                                     )
22 CHEVRONTEXACO CORPORATION and )
   TEXACO INC.,                     )
23                                  )
     Defendants and Counterclaimants, )
24                                  )
        v.                          )
25                                  )
   SIMON GILL,                      )
26                                  )
     Plaintiff and Counter-Defendant. )
27                                  )

28

50206982v1                              - 1 -
                                                    Case No. 1:05-cv-00272-OWW-LJO
                                                    STIPULATED REQUEST AND ORDER FOR
PDF created with pdfFactory trial version www.pdffactory.com                                                    DISMISSAL WITH PREJUDICE

1    IT IS HEREBY STIPULATED by and between Plaintiffs Simon Gill and William
2 Hatcher and Defendants and Counterclaimants ChevronTexaco Corporation and Texaco
3 Inc., through their designated counsel, that Mr. Hatcher's complaint and Mr. Gill's first
4 claim for relief, under the Employee Retirement Income Security Act of 1974 ("ERISA"),
5 29 U.S.C. § 1132(a)(1)(B), in the above-captioned action shall be and hereby are dismissed
6 with prejudice, with each party to bear his or its own costs and attorneys' fees.

7    SO STIPULATED:

8 Dated: October 5, 2005.

9
10                               PILLSBURY WINTHROP SHAW PITTMAN LLP
                                 RICHARD M. SEGAL
                                 DAWN M. BRADBERRY
11                               101 W. Broadway, Suite 1800
                                 San Diego, CA  92101-8219
12
                                  /s/ Dawn M. Bradberry_____
13                                     Dawn M. Bradberry
                                 Attorneys for Defendants and Counterclaimants
14                               CHEVRONTEXACO CORPORATION
                                 and TEXACO INC.
15

16 Dated: October 5, 2005.

17                               ALEXANDER & ASSOCIATES, PLC
                                 WILLIAM L. ALEXANDER
18                               2020 Eye Street, Suite 201
                                 Bakersfield, California  93301
19
                                  /s/ William L. Alexander_____
20                                     William L. Alexander
                                 Attorney for Plaintiffs
21                               SIMON GILL and WILLIAM HATCHER

22    IT IS SO ORDERED.

23 Dated: _____4/5_____ 2006.

24
                                  /s/Oliver W. Wanger_____
25                                     Honorable Oliver W. Wanger
                                       United States District Court Judge
26

27

28

PDF created with pdfFactory trial version www.pdffactory.com