1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RICHARD M. SEGAL, SBN 156975
2  BRIAN D. MARTIN, SBN 199255
   101 W. Broadway, Suite 1800
3  San Diego, CA  92101-8219
   Telephone: (619) 234-5000
4  Facsimile: (619) 236-1995

5  Attorneys for Defendants and Counterclaimants
   CHEVRONTEXACO CORPORATION and
6  TEXACO INC.

7  ALEXANDER & ASSOCIATES, PLC
   WILLIAM L. ALEXANDER, SBN 126607
8  202 Eye Street, Suite 201
   Bakersfield, CA 93301
9  Telephone:  (661) 316-7888
   Facsimile:  (661) 316-7890
10
   Attorneys for Plaintiff and Counterdefendant
11 SIMON GILL

12                       UNITED STATES DISTRICT COURT

13                       EASTERN DISTRICT OF CALIFORNIA

14                               FRESNO DIVISION

15
16 SIMON GILL,                          )  Consolidated Case No. 1:05-cv-00272-
                                        )  OWW-LJO
         Plaintiff,                     )
17                                      )  STIPULATION AND ORDER RE:
   v.                                   )  PRE-TRIAL SCHEDULE
18                                      )
   CHEVRONTEXACO CORPORATION, a         )
19 Delaware corporation, TEXACO INC., a )
   Delaware corporation,                )
20                                      )
         Defendants.                    )
21                                      )
                                        )
22                                      )
   AND RELATED CROSS-ACTION             )
23                                      )

24       Defendants Chevron Texaco Corporation and Texaco Inc. ("Defendants") and

25 Plaintiff Simon Gill ("Plaintiff"), through their attorneys of record, hereby agree and

26 stipulate as follows:

27

28

600151014v1                    - 1 -                Case No. 1:05-cv-00272-OWW-LJO
                                                    STIPULATION AND [PROPOSED] ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, the Court issued a Scheduling Conference Order on December 8, 2005
2   ("Order"), setting forth certain Discovery Plan and Cut-Off dates and a Pretrial Motion
3   Schedule in this matter; and
4   WHEREAS, the parties desire to continue the Discovery Plan and Cut-Off dates and
5   Pretrial Motion Schedule in the Court's order by two (2) months in order to accommodate
6   (1) Defendants' expert witnesses' schedules, (2) the parties' coordination of witnesses
7   located internationally, and (3) Plaintiff's counsel's trial schedule.
8   THEREFORE, the parties agree and stipulate to the continuance of the Discovery
9   Plan and Cut-Off dates and Pretrial Motion Schedule in the Court's Order as follows:
10  1.   The parties shall complete all discovery on or before August 31, 2006.
11  2.   The parties shall disclose all expert witnesses, in writing, on or before June
12  30, 2006.  Any supplemental expert disclosures will be made on or before July 31, 2006.
13  The parties will comply with the provisions of Federal Rule of Civil Procedure 26(a)
14  regarding their expert designations.  Local Rule 16-240(a) notwithstanding, the written
15  designation of experts shall be made pursuant to F. R. Civ. P. Rule 26(a)(2)(A) and (B) and
16  shall include all information required thereunder.  Failure to designate experts in
17  compliance with the order may result in the Court excluding the testimony or other
18  evidence offered through such experts that are not disclosed pursuant to the order.
19  3.   The provisions of F. R. Civ. P. 26(b)(4) shall apply to all discovery relating
20  to experts and their opinions.  Experts may be fully prepared to be examined on all subjects
21  and all opinions included in the designation.  Failure to comply will result in the imposition
22  of sanctions.
23  4.   All dispositive pre-trial motions, and cross-motions for summary judgment,
24  will be filed on or before September 15, 2006.  Each party's opposition shall be filed on or
25  before September 29, 2006.  Any replies will be filed by October 6, 2006.  The cross-
26  motions for summary judgment shall be heard on October 30, 2006 at 9:00 a.m., before
27  District Judge Oliver W. Wanger in Courtroom 2, or at such other time ordered by the
28  Court.

PDF created with pdfFactory trial version www.pdffactory.com

1    5.    Depending upon the outcome of the cross-motions for summary judgment, a further scheduling conference will be scheduled after disposition of the motions.

IT IS SO STIPULATED.

Dated:  May 16, 2006

PILLSBURY WINTHROP SHAW PITTMAN LLP
RICHARD M. SEGAL
BRIAN D. MARTIN


By /s/ _____
        Brian D. Martin

Attorneys for Defendants and Counterclaimants
CHEVRONTEXACO CORPORATION AND TEXACO, INC.

Dated:  May 16, 2006

ALEXANDER &ASSOCIATES, PLC
WILLIAM L. ALEXANDER


By /s/ _____
        William L. Alexander

Attorneys for Plaintiff and Counter-defendant
SIMON GILL

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefore, the Court continues the Discovery Plan and Cut-Off dates and Pretrial Motion Schedule in the Court's Order as follows:

1. The parties shall complete all discovery on or before August 31, 2006.

2. The parties shall disclose all expert witnesses, in writing, on or before June 30, 2006. Any supplemental expert disclosures will be made on or before July 31, 2006. The parties will comply with the provisions of Federal Rule of Civil Procedure 26(a) regarding their expert designations. Local Rule 16-240(a) notwithstanding, the written designation of experts shall be made pursuant to F. R. Civ. P. Rule 26(a)(2)(A) and (B) and shall include all information required thereunder. Failure to designate experts in compliance with the order may result in the Court excluding the testimony or other evidence offered through such experts that are not disclosed pursuant to this order.

3. The provisions of F. R. Civ. P. 26(b)(4) shall apply to all discovery relating to experts and their opinions. Experts may be fully prepared to be examined on all subjects and all opinions included in the designation. Failure to comply will result in the imposition of sanctions.

4. All dispositive pre-trial motions, and cross-motions for summary judgment, will be filed on or before September 15, 2006. Each party's opposition shall be filed on or before September 29, 2006. Any replies will be filed by October 6, 2006. The cross-motions for summary judgment shall be heard on October 30, 2006 at 9:00 a.m., before District Judge Oliver W. Wanger in Courtroom 2, or at such other time ordered by the Court.

PDF created with pdfFactory trial version www.pdffactory.com

1    5.    Depending upon the outcome of the cross-motions for summary judgment, a
2    further scheduling conference will be scheduled after disposition of the motions.
3    IT IS SO ORDERED.
4    Dated: __May 18,_____, 2006

/s/ OLIVER W. WANGER
Judge of the United States District Court

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com