| | |
|---|---|
| 1 | ALEXANDER & ASSOCIATES, PLC |
|   | WILLIAM L. ALEXANDER # 126607 |
| 2 | 2020 Eye Street, Suite 201 |
|   | Bakersfield, California 93301 |
| 3 | Telephone: (661) 316-7888 |
|   | Facsimile: (661) 316-7890 |
| 4 | |
|   | Attorneys for Plaintiff and Counter-Defendant |
| 5 | SIMON GILL |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | RICHARD M. SEGAL # 156975 |
| 7 | BRIAN D. MARTIN # 199255 |
|   | 501 W. Broadway, Suite 1100 |
| 8 | San Diego, CA 92101-3575 |
|   | Telephone: (619) 234-5000 |
| 9 | Facsimile: (619) 236-1995 |
| 10 | Attorneys for Defendants and Counterclaimants |
|    | CHEVRONTEXACO CORPORATION and |
| 11 | TEXACO INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| SIMON GILL and WILLIAM HATCHER, | ) | Consolidated Case No. 1:05-cv-00272-OWW-LJO |
| Plaintiffs, | ) | |
| v. | ) | STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON |
| CHEVRONTEXACO CORPORATION, a Delaware corporation, TEXACO INC., a Delaware corporation, and DOES 1 - 10, inclusive, | ) | |
| Defendants. | ) | Courtroom: 3 (7th Floor) |
|  | ) | Judge: Hon. Oliver W. Wanger |
| CHEVRONTEXACO CORPORATION and TEXACO INC., | ) | |
| Defendants and Counterclaimants, | ) | |
| v. | ) | |
| SIMON GILL, | ) | |
| Plaintiff and Counter-Defendant. | ) | |

600223577v1     - 1 -     Case No. 1:05-cv-00272-OWW-LJO

STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

1   WHEREAS, on or about November 11, 2006, Plaintiff and Counter-Defendant
2   Simon Gill ("Gill"), and Defendants and Counterclaimants Texaco Inc. and ChevronTexaco
3   Corporation (collectively "ChevronTexaco") entered into a Settlement Agreement and
4   General Release (the "Settlement"), pursuant to which Gill and ChevronTexaco agreed to
5   settle all claims each may have against the other in this action;
6   NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties
7   hereto, through their respective attorneys of records, pursuant to Federal Rules of Civil
8   Procedure 41(a)(1) and (c), subject to the approval and order of the United States District
9   Court as follows:
10   1.   Gill's complaint herein and ChevronTexaco's counterclaim herein are
11   hereby dismissed in their entirety with prejudice;
12   2.   Each party shall bear its or his own costs and attorney fees associated with
13   this action; and
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

1  3. This dismissal disposes of all parties and all causes of action.

2  Dated: November 28, 2006

3  PILLSBURY WINTHROP SHAW PITTMAN LLP
   RICHARD M. SEGAL
4  BRIAN D. MARTIN

5

6  By /s/ Brian D. Martin

7  Attorneys for Defendants and Counterclaimants
   CHEVRONTEXACO CORPORATION
8  and TEXACO INC.

9  Dated: November 28, 2006.

10 ALEXANDER & ASSOCIATES, PLC
   WILLIAM L. ALEXANDER
11

12
   By /s/ William L. Alexander
13
   Attorney for Plaintiff and Counter-Defendant SIMON
14 GILL

15
   ORDER
16
   Upon stipulation of the parties and good cause appearing therefor,
17
   IT IS SO ORDERED.
18
   Dated: _December 4,___ 2006.
19

20 /s/ OLIVER W. WANGER
   Honorable Oliver W. Wanger
21 United States District Court Judge

22

23

24

25

26

27

28

600223577v1                              - 3 -              Case No. 1:05-cv-00272-OWW-LJO
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com